Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHERYL PENNANT,<br><br>      Plaintiff,<br><br> v.<br><br>THE BOEING EMPLOYEES' CREDIT UNION, PSCU FINANCIAL SERVICES, INC. AND COLLECTION AGENTS 1-10,<br><br>      Defendants. | No. 11-01697 MJP<br><br>STIPULATION FOR ORDER OF DISMISSAL<br><br>NOTE ON MOTION CALENDAR:<br>**Monday, July 9, 2012** |

## STIPULATION

Plaintiff Cheryl Pennant ("Plaintiff") and Defendants The Boeing Employees' Credit Union ("BECU"), PSCU Financial Services, Inc. ("PSCU"), and Collection Agents 1-10 (collectively, the "Defendants") stipulate, agree and acknowledge that Plaintiff, along with K. Michael Fitzgerald in his capacity as the Chapter 13 Trustee of Plaintiff's bankruptcy estate under Case No. 12-12350 in the United States Bankruptcy Court for the Western District of Washington, have settled all of Plaintiff's claims against Defendants pursuant to the Parties' Settlement Agreement effective May 11, 2012, which Settlement was subsequently approved by the Bankruptcy Court on the 22nd day of June, 2012.  The Parties further stipulate to the entry of an Order of Dismissal in the form proposed contemporaneous with the filing of this Stipulation,

STIPULATION FOR ORDER OF DISMISSAL - 1
Case No. 11-01697

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700

51219728.2

1  dismissing all of Plaintiffs claims against Defendants <u>with prejudice</u> and dismissing all of
2  BECU's counterclaims against Plaintiff <u>without prejudice.</u>  Such dismissals are to be without
3  fees or costs to any party.  Nothing in this Stipulation or the Order of Dismissal is intended to
4  impair or otherwise prejudice any of BECU's rights with respect to its claims pending in
5  Plaintiff's bankruptcy case.  Nothing in this Stipulation or the Dismissal Order are intended to
6  prejudice the putative class members' claims, if any, should such members wish to file similar
7  claims against Defendants.  The Parties' further acknowledge that their Settlement was
8  negotiated at arms-length, and in good faith, and is not otherwise the result of any collusion;
9  moreover, the Lawsuit has not received public attention or notoriety such that the absent
10 members of the putative class may have relied on the class allegations by foregoing the filing of
11 their own claims; as such, the parties do not believe notice of the dismissal order is necessary.
12         SO STIPULATED this 9th day of July, 2012.

| FOSTER PEPPER PLLC | WILLIAMSON & WILLIAMS |
|---|---|
| /s/ Neil A. Dial<br>Tim J. Filer, WSBA #16285<br>Neil Dial, WSBA #29599<br>Attorneys for Defendant Boeing Employees' Credit Union<br>1111 Third Avenue, Suite 3400<br>Seattle, Washington  98101-3299<br>Telephone: (206) 447-4400<br>Facsimile: (206) 447-9700 | /s/ Rob Williamson<br>Kim Williams, WSBA No. 9077<br>Rob Williamson, WSBA No. 11387<br>Attorneys for Plaintiff Cheryl Pennant<br>17253 Agate Street NE<br>Bainbridge Island, WA  98110<br>Telephone: 206-780-4447<br>Facsimile: 206-780-5557 |
| CARLSON & MESSER LLP | LAW OFFICES OF DUANE M. DAWSON |
| /s/ David J. Kaminski<br>David J. Kaminski, Esq.<br>Attorneys for Defendant PSCU Financial Services, Inc.<br>5959 W. Century Boulevard, Suite 1214<br>Los Angeles, CA 90045<br>Telephone: (310) 242-2204<br>Facsimile: (310) 242-2222 | /s/ Duane M. Dawson<br>Duane M. Dawson, WSBA No. 41308<br>Attorneys for Plaintiff Cheryl Pennant<br>8825 - 34th Ave. NE #L-537<br>Marysville, WA  98271<br>Telephone: 425-405-5750<br>Facsimile: 425-974-7439 |

STIPULATION FOR ORDER OF DISMISSAL - 2
Case No. 11-01697

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON  98101-3299
PHONE (206) 447-4400   FAX (206) 447-9700

51219728.2