Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHERYL PENNANT, | |
| Plaintiff, | No. 11-01697 MJP |
| v. | ORDER OF DISMISSAL |
| THE BOEING EMPLOYEES' CREDIT UNION, PSCU FINANCIAL SERVICES, INC. AND COLLECTION AGENTS 1-10, | |
| Defendants. | |

THIS MATTER having come before the Court on the Stipulation of the parties, and good cause having been shown, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that all of Plaintiff's claims against Defendants are dismissed <u>with prejudice</u> as to the claims of the named plaintiff only and <u>without</u> prejudice to any members of the putative class, and all of BECU's counterclaims against Plaintiff are dismissed <u>without prejudice</u>.  Such dismissals are without fees or costs to any party.

DATED THIS 13th DAY OF JULY, 2012

*Marsha J. Pechman* (signature)

Marsha J. Pechman
United States District Judge

ORDER OF DISMISSAL - 1
Case No. 11-01697

51219733.2